```
                                                           FILED
                                                        October 19, 2011
              UNITED STATES DISTRICT COURT            CLERK, US DISTRICT COURT
                                                       EASTERN DISTRICT OF
          FOR THE EASTERN DISTRICT OF CALIFORNIA            CALIFORNIA
                                                           DEPUTY CLERK
```

UNITED STATES OF AMERICA,      )
                               )     CASE NUMBER: 2:11-mj-00313-KJN
            Plaintiff,         )
v.                             )     ORDER FOR RELEASE
                               )     OF PERSON IN CUSTODY
BRIAN J. PICKARD,              )
                               )
            Defendant.         )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BRIAN J. PICKARD ; Case 2:11-mj-00313-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

*DAD*    X    Unsecured Appearance Bond in the amount of $300,000, to be *co-signed by mother and mother in law, to be replaced w/i 2 weeks by secured bond secured by mother & father's property posted with the court.* ~~replaced by the posting of property~~

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

*DAD*    X    (Other) Pretrial Supervision/Conditions. *w/ third party custody to wife*

Issued at Sacramento, CA on 10/19/11 at 2:40 p.m.

By _____
Dale A. Drozd
United States Magistrate Judge