ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorney for Defendant
BRIAN PICKARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:11-cr-00449-KJM-16 |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND TIME FOR POSTING PROPERTY BOND BY TWO ADDITIONAL WEEKS TO NOVEMBER 16, 2011 |
| v. | |
| BRIAN PICKARD, | Court: Hon. Edmund F. Brennan |
| Defendant. / | |

IT IS HEREBY STIPULATED between the parties that the time for defendant BRIAN PICKARD to post the property bond with this Court in order to secure his pretrial release shall be extended by two weeks from November 2, 2011, to November 16, 2011.

IT IS SO STIPULATED.

BENJAMIN B. WAGNER
United States Attorney

/S/ZENIA K. GILG          By:   /S/SAMUEL WONG
ZENIA K. GILG                   SAMUEL WONG
Attorneys for Defendant         Assistant U.S. Attorney
BRIAN PICKARD                   Dated: October 31, 2011
Dated: October 31, 2011

**ORDER**

**IT IS SO ORDERED.**

Dated: November 1, 2011.

_[signature]_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE