1   ZENIA K. GILG, SBN 171922
    809 Montgomery Street, 2nd Floor
2   San Francisco CA 94133
    Telephone: 415/394-3800
3   Facsimile: 415/394-3806

4   Attorney for Defendant
    BRIAN PICKARD

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,              No.  2:11-cr-00449-KJM-16

10              Plaintiff,                 STIPULATION TO EXTEND TIME
                                           FOR POSTING PROPERTY BOND
11        v.                               BY TWO ADDITIONAL WEEKS
                                           TO NOVEMBER 30, 2011
12   BRIAN PICKARD,
                                           Court:  Hon. Dale A. Drozd
13              Defendant.
     _____/
14

15        IT IS HEREBY STIPULATED between the parties that the time for defendant BRIAN

16   PICKARD to post the property bond with this Court in order to secure his pretrial release shall

17   be extended by two weeks from November 16, 2011, to November 30, 2011.

18        IT IS SO STIPULATED.

19                                          BENJAMIN B. WAGNER
                                            United States Attorney
20

21   /S/ZENIA K. GILG            By:  /S/SAMUEL WONG
     ZENIA K. GILG                    SAMUEL WONG
22   Attorneys for Defendant           Assistant U.S. Attorney
     BRIAN PICKARD                     Dated: November 14, 2011
23   Dated:  November 14, 2011

24                              **ORDER**

25        **IT IS SO ORDERED.**

26   DATED: November 14, 2011.

27
     ddad1:crim
28   pickard0449.stipord.extbond.wpd
     _____
     DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE