1  ZENIA K. GILG, SBN 171922
   809 Montgomery Street, 2nd Floor
2  San Francisco CA 94133
   Telephone: 415/394-3800
3  Facsimile: 415/394-3806

4  Attorney for Defendant
   BRIAN PICKARD
5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,            No.  2:11-cr-00449-KJM-16

10         Plaintiff,                   STIPULATION TO EXTEND TIME
                                        FOR POSTING PROPERTY BOND
11    v.                                TO JANUARY 11, 2012

12 BRIAN PICKARD,                       Court:  Hon. Kendall J. Newman

13         Defendant.
                                    /
14

15     IT IS HEREBY STIPULATED between the parties that the time for defendant BRIAN

16 PICKARD to post the property bond with this Court in order to secure his pretrial release shall

17 be extended from December 14, 2011, to January 11, 2012.

18     IT IS SO STIPULATED.

19                                      BENJAMIN B. WAGNER
                                        United States Attorney
20

21 /S/ZENIA K. GILG            By:      /S/SAMUEL WONG
   ZENIA K. GILG                        SAMUEL WONG
22 Attorneys for Defendant              Assistant U.S. Attorney
   BRIAN PICKARD                        Dated: December 14, 2011
23 Dated:  December 14, 2011

24
                              **ORDER**
25
       **IT IS SO ORDERED.**
26
       Dated:  December 14, 2011
27

28                                      _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE