1  ZENIA K. GILG, SBN 171922
   809 Montgomery Street, 2nd Floor
2  San Francisco CA 94133
   Telephone: 415/394-3800
3  Facsimile: 415/394-3806

4  Attorney for Defendant
   BRIAN PICKARD

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,           No. 2:11-cr-00449-KJM-16

9         Plaintiff,                   STIPULATION TO EXTEND TIME
                                       FOR POSTING PROPERTY BOND
10        v.                           TO JANUARY 25, 2012

11 BRIAN PICKARD,                      Court: Hon. Kendall J. Newman

12        Defendant.
                                    /
13

14        IT IS HEREBY STIPULATED between the parties that the time for defendant BRIAN

15 PICKARD to post the property bond with this Court in order to secure his pretrial release shall

16 be extended from January 11, 2012, to January 25, 2012.

17        IT IS SO STIPULATED.

18                                          BENJAMIN B. WAGNER
                                            United States Attorney
19

20 /S/ZENIA K. GILG           By:     /S/SAMUEL WONG
   ZENIA K. GILG                      SAMUEL WONG
21 Attorneys for Defendant            Assistant U.S. Attorney
   BRIAN PICKARD                      Dated: January 11, 2012
22 Dated: January 11, 2012

23

24                              **ORDER**

25    **IT IS SO ORDERED.**

26 DATED: January 12, 2012.

27                                    _____
                                      EDMUND F. BRENNAN
28                                    UNITED STATES MAGISTRATE JUDGE