1  ZENIA K. GILG, SBN 171922
   809 Montgomery Street, 2nd Floor
2  San Francisco CA 94133
   Telephone: 415/394-3800
3  Facsimile: 415/394-3806

4  Attorney for Defendant
   BRIAN PICKARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN PICKARD,<br><br>Defendant._____/ | No. 2:11-cr-00449-KJM-16<br><br>STIPULATION TO EXTEND TIME FOR POSTING PROPERTY BOND TO FEBRUARY 22, 2012<br><br>Court: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED between the parties that the time for defendant BRIAN PICKARD to post the property bond with this Court in order to secure his pretrial release shall be extended to February 22, 2012.

IT IS SO STIPULATED.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

/S/ZENIA K. GILG                        By:     /S/SAMUEL WONG
ZENIA K. GILG                                   SAMUEL WONG
Attorneys for Defendant                         Assistant U.S. Attorney
BRIAN PICKARD                                   Dated: January 31, 2012
Dated: January 31, 2012

**ORDER**

**IT IS SO ORDERED.**
Dated: January 31, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE