UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN JUSTIN PICKARD, et al.,<br><br>    Defendants. | No. 2:11-cr-449-KJM<br><br>ORDER |

On December 3, 2014, defendant Brian Pickard applied to file a supplemental declaration of Jennie Stormes. (ECF No. 368.) He argues the supplemental declaration is necessary because "circumstances relevant to this case significantly changed for Ms. Stormes and her son, Jackson" after the original declaration's filing. (*Id.* at 1.) The government objects on relevancy grounds and moves to strike. (ECF No. 372.) After considering the application and the supplemental declaration, the court GRANTS defendant's application in part and DENIES it in part.

The court GRANTS defendant's application to the extent the supplemental declaration relays information about "the diagnosis doctors gave [Ms. Stormes'] son and her observations of her son's symptoms and reactions to different treatments . . . ," consistent with this court's prior order. (Order at 3, ECF No. 342.)

/////

1

Accordingly, the court strikes the following portions of the supplemental declaration:

    a. Paragraph 3, in its entirety (ECF No. 368-1 at 1–2); and

    b. Paragraph 4, except for the following sentence: "[D]ue to the ready availability of various strains of cannabis that have been cultivated with different levels of the main compounds, I have been able to adjust Jackson's cannabis intake to better suit his specific need."

IT IS SO ORDERED.

DATED:  January 20, 2015.

_____
UNITED STATES DISTRICT JUDGE