```
 1  ZENIA K. GILG, SBN 171922
    Sausalito Plaza
 2  1505 Bridgeway, Suite 103
    Sausalito CA 94965
 3  Telephone:  415.324.7071
    Facsimile:  415.324.7078
 4  zenia@jacksonsquarelaw.com

 5  Attorney for Defendant
    BRIAN J. PICKARD
 6

 7

 8
                    UNITED STATES DISTRICT COURT
 9
                   EASTERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA,           2:11-CR-00449-KJM
12
            Plaintiff,                  EX PARTE REQUEST AND
13                                      ORDER
                                        TO EXONERATE BOND AND RETURN
14      v.                              COLLATERAL

15                                      Judge: Hon. Kimberly J. Mueller

16  BRIAN JUSTIN PICKARD,

17          Defendant.
18  _____/
```

19     COMES NOW defendant, BRIAN JUSTINE PICKARD, by and through counsel and

20 hereby requests that bail be exonerated in this matter and that real

21

22 property posted to secure bail be reconveyed.

23     In support of this request, counsel declares:

24

25     I am an attorney licensed to practice law in the state of California,

26 and before this Court. I was the attorney of record for Brian J. Pickard in

27

28                                     1

the above entitled case.

On October 19, 2011, Mr. Pickard was granted pre-trial release with the condition that a bond in the amount of $340,000 be secured by real property identified as Tax Parcel No. 022-260-831 and 022-260-861, which are both located in the City of Red Bluff, County of Tehama; California and jointly owned by his parents Donald and Claudia Pickard. In addition, the bond was ordered secured by property located at 18890 Cobblestone Drive, Cottonwood, California also in the county of Tehama and owned by Donald Pickard. A deed of trust favoring this District Court was filed on or about April 6, 2012, in the County of Tehama for all three parcels, and an appearance bond was thereafter filed with this Court on April 12, 2012.

Mr. Pickard was sentenced on June 8, 2016, and surrendered to his designated facility (i.e., Lompoc) as directed on or about September 8, 2016. He is presently serving his 87 month sentence, and therefore, bail should be exonerated.

It is respectfully requested that bail be exonerated and the Clerk of the Court be directed to reconvey the real property posted as follows:

1. Trustors: Donald Pickard and Claudia Pickard

   Property: Tax Parcel No. 022-260-831, Red Bluff CA
   Deed of Trust filed in favor of District Court on April 6, 2012
      DOC-2012003722 (Attached as Exhibit A.)

2

2. Trustors: Donald Pickard and Claudia Pickard

Property: Tax Parcel No. 022-260-861, Red Bluff CA

Deed of Trust filed in favor of District Court on April 6, 2012 DOC-2012003723 (Attached as <u>Exhibit</u> B.)

3. Trustors: Donald Pickard

Property: 18890 Cobblestone Drive, Cottonwood, CA 96022

Deed of Trust filed in favor of District Court on April 6, 2012 DOC-2012003724 (Attached as <u>Exhibit</u> C.)

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on the 24th day of October, 2016, in Sausalito, California.

<u>/s/Zenia K. Gilg</u>
ZENIA K. GILG

ORDER

Upon the request of defendant, and good cause appearing,

IT IS HEREBY ORDERED that bail is exonerated in the above entitled matter and the Clerk of the Court is directed to reconvey the following property:

1. Property: Tax Parcel No. 022-260-831, Red Bluff CA
    Deed of Trust filed in favor of District Court on April 6, 2012 DOC-2012003722
    Trustors: Donald Pickard and Claudia Pickard

2. Property: Tax Parcel No. 022-260-861, Red Bluff CA
    Deed of Trust filed in favor of District Court on April 6, 2012 DOC-2012003723 (Attached as Exhibit B.)
    Trustors: Donald Pickard and Claudia Pickard

3. Property: 18890 Cobblestone Drive, Cottonwood, CA 96022
    Deed of Trust filed in favor of District Court on April 6, 2012 DOC-2012003724 (Attached as Exhibit C.)
    Trustors: Donald Pickard

And return collateral to the property owners/Trustors as indicated above.

Dated: October 26, 2016

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE