ALAN ELLIS, *Pro Hac Vice*
Law Offices of Alan Ellis
PA Bar No. 17430
80 Pinheiro Circle
Novato, CA 94945
Telephone: 415-895-5076
Email: AELaw1@AlanEllis.com

DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorneys for Defendant
BRIAN PICKARD

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-00449-16 |
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENDANT'S NOTICE |
| v. | |
| BRIAN PICKARD, | |
| Defendant. | |

Pursuant to Local Rule 141(b), and based upon the representation contained in Defendant's Request to Seal, IT IS HEREBY ORDERED that the Defendant's Exhibit 8 to Defendant's Emergency Motion for Compassionate Release, and the Defendant's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Defendant's Request, sealing the Defendant's Request and Exhibit 8 serves a compelling interest. The

1  Court further finds that, in the absence of closure, the compelling interests identified by Defendant
2  would be harmed. In light of the public filing of Defendant's Notice to Seal, the Court further finds that
3  there are no additional alternatives to sealing the Defendant's Request and Exhibit 8 that would
4  adequately protect the compelling interests identified by Defendant.
5  DATED:   June 24, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE